James S. Friedman, Esq. (JSF 9188)
James S. Friedman, LLC
Post Office Box 154
New Brunswick, New Jersey 08903
Telephone 732-979-2259
E-Mail - jfriedmanllc@optimum.net
Counsel to Defendant,
Jeovani Lopez

| | | |
|---|---|---|
| United States of America, | : | United States District Court |
| | : | District of New Jersey |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 16-538 (WJM) |
| | : | |
| Jeovani Lopez, | : | Order Extending Period |
| | : | Within Which to Comment |
| Defendant. | : | on Adult Pre-Sentence Report |

This matter, having been opened to the Court by Jeovani Lopez, the defendant herein ("Lopez"), by and through his counsel, James S. Friedman, LLC (James S. Friedman, Esq. appearing); upon Lopez's request for an extension of time within which to comment on the Adult Pre-Sentence Report prepared in this matter; and the Government, by and through its counsel, the United States Attorney's Office (AUSA Jason Gould, appearing), having consented to the requested extension; and United States Pretrial Services (Ms. Laura Kellogg, U.S. Pretrial Services Officer); having not objected to the request; and for good cause shown;

It is on this 6th day of September, 2017,

Ordered that the period within which to submit comments to the Adult Pre-Sentence Report prepared in this matter is extended to September 25, 2017

_____
Hon. William Martini, USDJ